UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICK PROCTOR AND KARI PROCTOR

            Plaintiff(s),            Case No. 13-11250

v.                                           Judge Thomas L. Ludington

FULTON, FRIEDMAN AND GULLACE, LLP      Magistrate Judge

            Defendant(s).
_____/

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Fulton, Friedman & Gullace, LLP for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on March 25, 2013 at 28405 Van Dyke, Ste. 3006, Warren, MI 48093 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: April 16, 2013                      s/ Gary D. Nitzkin

                                                  P 41155
                                                  Michigan Consumer Credit Lawyers
                                                  22142 West Nine Mile Road
                                                  Southfield, MI 48033
                                                  248-353-2882
                                                  gnitzkin@creditor-law.com