UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICK PROCTOR and
KARI PROCTOR,
    Plaintiffs,
-vs.-                                                                                  Case No. 13-11250
                                                                                Hon. Thomas L. Ludington

FULTON FRIEDMAN AND GULLACE, LLP,
    Defendant.
_____

### NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                                                  Respectfully submitted

May 15, 2013                                                                  /s/ Gary Nitzkin
                                                                                 GARY D. NITZKIN (P41155)
                                                                                 Attorney for Plaintiff
                                                                                 22142 West Nine Mile Road
                                                                                 Southfield, MI 48033
                                                                                 (248) 353-2882
                                                                                 GNitzkin@creditor-law.com